# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ELVIS RENTERIA CAMILO LOPEZ, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| MEGAN A. WHITMIRE, et al., | |
| *Defendant* | |

Civil Action No.   2:18-CV-0378-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   the Complaint is DISMISSED without prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ Thomas O. Rice _____ on Plaintiff's Motion to
Voluntarily Dismiss Complaint ECF No. 15.

Date:  April 9, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen

*(By) Deputy Clerk*

Linda L. Hansen